# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| THOMAS PUERTO and | ) |
| JILL PUERTO, | ) |
| | ) |
| | )   Chapter 7 |
| | )   Case No. 10-14484-WCH |
| Debtors. | ) |

### ASSENTED TO MOTION OF THE UNITED STATES TRUSTEE TO EXTEND DEADLINE TO OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727; AND TO EXTEND THE DEADLINE TO FILE A MOTION TO DISMISS DEBTORS' CHAPTER 7 CASE UNDER 11 U.S.C. § 707(b)(3)

Pursuant to 11 U.S.C. §§ 307 and 727 and Fed. R. Bankr. P. 4004(b), the United States Trustee moves the Court to extend the time, through and including September 3, 2010, within which an objection to the discharge of the Debtors or a motion to dismiss the Debtors' case may be filed.

In support of this motion, the United States Trustee respectfully represents as follows:

### NEED FOR EXTENSION

1. Thomas and Jill Puerto ("Debtors") filed their joint Chapter 7 petition on April 27, 2010.

2. On April 28, 2010, Mark DeGiacomo was appointed Chapter 7 Trustee.

3. The United States Trustee contacted the Debtors, through their counsel, by letter dated May 18, 2010, to request that the Debtors provide additional information regarding their assets and liabilities. The Debtors responded.

4. Additional documents have been requested and Debtors' counsel has assented to this motion to extend to allow more time for the Debtors to compile and submit the documents and for the United States Trustee to review said documents.

5. The deadlines for objecting to Debtors' discharge under section 727 or seeking to dismiss the Debtors' chapter 7 case under section 707(b)(3) are August 2, 2010.

6.	Based on the foregoing, the United States Trustee requests additional time, to September 3, 2010, within which the Debtors can provide a response to the United States Trustee's supplemental request and an investigation into the Debtors' financial affairs can be completed to determine whether cause exists to object to the Debtors' discharge or seek dismissal of the case pursuant to 11 U.S.C. § 707(b)(3).

**WHEREFORE**, the United States Trustee prays that the Court enter orders i) extending the deadlines for objecting to the Debtors' discharge under section 727 and/or moving to dismiss the Debtors' chapter 7 case under section 707(b)(3) to September 3, 2010; and ii) granting such other and further relief as this Court deems just and proper.

> Respectfully submitted,
> JOHN P. FITZGERALD, III
>
> Acting United States Trustee
>
> By:  */s/ Lisa D. Tingue*
> Lisa D. Tingue BBO#633275
> United States Department of Justice
> John W. McCormack Post Office and Courthouse
> 5 Post Office Square, Suite 1000
> Boston, MA 02109
> PHONE:	(508) 793-0555
> FAX:	(617) 565-6368
> Lisa.D.Tingue@usdoj.gov

Dated: August 2, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2010 true and correct copies of the foregoing Assented to Motion were served via the U.S. Bankruptcy Court's CM/ECF filing system or by United States mail, First Class postage pre-paid to those persons not appearing on the Court's receipt of electronic filing.

                        Respectfully submitted,
                        JOHN P. FITZGERALD, III

                        Acting United States Trustee

By:    */s/ Lisa D. Tingue*
           Lisa D. Tingue BBO#633275
           United States Department of Justice
           John W. McCormack Post Office and Courthouse
           5 Post Office Square, Suite 1000
           Boston, MA 02109
           PHONE:    (508) 793-0555
           FAX:    (617) 565-6368
           Lisa.D.Tingue@usdoj.gov

Jay P. Johnson
10 First Avenue
Suite 34
Peabody, MA 01960
(Debtors' Counsel)

Mark G. DeGiacomo
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(Chapter 7 Trustee)